IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORTICAS LAMOSEL, LDA,<br><br>  Plaintiff,<br><br>  v.<br><br>DIAGEO CHATEAU & ESTATE WINES,<br><br>  Defendant.<br>_____/ | No. C 05-04155 SI<br><br>**PRETRIAL PREPARATION ORDER** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: <u>May 26, 2006</u> at <u>2:30 p.m.</u>
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is <u>September 13, 2006</u>.

DESIGNATION OF EXPERTS: <u>8/1/06</u>; REBUTTAL: <u>8/11/06</u>.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is <u>September 13, 2006</u>.

DISPOSITIVE MOTIONS **SHALL** be filed by <u>September 29, 2006</u>;

   Opp. Due <u>October 13, 2006</u>;  Reply Due <u>October 20, 2006</u>;

   and set for hearing no later than <u>November 3, 2006</u> at <u>9:00 AM</u>.

PRETRIAL CONFERENCE DATE: <u>December 5, 2006</u> at <u>3:30 PM</u>.

JURY TRIAL DATE: <u>December 18, 2006</u> at <u>8:30 AM.</u>,
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be <u>three</u> days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

This case shall be referred to a magistrate-judge for settlement purposes.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions.  Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 3/1/06

                                                                                  _____
                                                                                  SUSAN ILLSTON
                                                                                  United States District Judge