IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORTICAS LAMOSEL, LDA,<br><br>        Plaintiff,<br><br>  v.<br><br>DIAGEO CHATEAU & ESTATE WINES,<br><br>        Defendant.<br>_____/ | No. C-05-04155 SI (EDL)<br><br>**ORDER FOLLOWING SETTLEMENT CONFERENCE** |

    This Court held a Settlement Conference on May 24, 2006. The Court issues the following order. Defendant shall provide to plaintiff information regarding payments to European Cork Industries for 3.2 million corks received and accepted, including rejection of balance of total of 3.9 million it ordered through two purchase orders and supporting documentation, to the extent it hasn't already, by June 7, 2006. A further settlement conference is scheduled for **August 16, 2006 at 9:30 a.m.** In addition to any other client representatives, the Court orders Fernando Olivera to appear in person unless excused by the Court, which is very unlikely. Additionally, Joe Barry, or a representative from Diageo Chateau & Estate Wines with full settlement authority shall appear in person. All other provisions of this Court's Notice of Settlement Conference Order remain in effect.

**IT IS SO ORDERED.**

Dated: May 26, 2006

                                                    *Elizabeth D. Laporte*
                                           ELIZABETH D. LAPORTE
                                           United States Magistrate Judge