IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORTICAS LAMOSEL, LDA,<br><br>        Plaintiff,<br><br>  v.<br><br>DIAGEO CHATEAU & ESTATE WINES,<br><br>        Defendant.<br>                                                 / | No. C-05-04155 SI (EDL)<br><br>**ORDER VACATING SETTLEMENT CONFERENCE AND ORDER TO SHOW CAUSE** |

On May 26, 2006, the Court issued an Order Following Settlement Conference setting a further settlement conference for August 16, 2006 and requiring Plaintiff's client representative "Fernando Olivera to appear in person unless excused by the Court, which is very unlikely." May 26, 2006 Order at 1:19-20. On August 14, 2006, Plaintiff's counsel Jason Estavillo belatedly and without adequate justification requested a continuance of the August 16, 2006 settlement conference, stating that: "Fernando Olivera (The Principal of Corticas) would be unable to make the trip from Portugal to San Francisco this week due to unforeseen events." When contacted, Mr. Estavillo was unable to provide any further information about the unforeseen events that have prevented Mr. Olivera's attendance. It is clear from counsel's letter, however, that Mr. Olivera has no intention of traveling from Portugal to attend the August 16, 2006 conference.

There has been no showing of good cause to explain Mr. Olivera's failure to attend the settlement conference, particularly given the Court's specific order that he attend in person. By violating the Court's Order that he attend in person or obtain prior excusal, Mr. Olivera has unilaterally defeated the purpose of setting the further settlement conference. Therefore, the settlement conference is vacated and the Court will notify the parties of a new settlement conference date.

Further, Plaintiff is hereby ordered to show cause why it should not be sanctioned for violating the Court's Order requiring Mr. Olivera's attendance at the settlement conference. A show cause hearing is scheduled for August 29, 2006 at 10:00 a.m. in Courtroom E, 15th Floor, 450 Golden Gate Avenue, San Francisco, CA. Plaintiff shall file a declaration by Mr. Olivera by August 21, 2006 explaining Mr. Olivera's hereto inadequately justified absence and failure to timely seek to be excused.

**IT IS SO ORDERED.**

Dated: August 14, 2006

*Elijah D. Laporte*
ELIZABETH D. LAPORTE
United States Magistrate Judge

2