**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CORTICAS LAMOSEL, LDA

      Plaintiff,

      v.

DIAGEO CHATEAU & ESTATE WINES

      Defendant.
_____/

No. C 05-04155 SI (EDL)

ORDER EXCUSING ATTENDANCE
AT SETTLEMENT CONFERENCE

TO ALL PARTIES AND COUNSEL AND PARTIES OF RECORD:

By letter dated September 1, 2006, Diageo's Senior Consultant Joseph Barry requested to be excused from personally appearing at the settlement conference scheduled for September 27, 2006. No opposition was filed by any party.

Upon consideration of the request, the Court finds good cause for excusing personal attendance. Therefore, it is hereby ORDERED that Joseph Barry be available by telephone from 9:00 a.m. Pacific Standard Time until further notice on September 27, 2006.

If the Court concludes that the absence of Joseph Barry is interfering with the settlement conference, the Court may continue the settlement conference and may order personal attendance by each party.

All other provisions of this Court's previous  Settlement Conference Orders shall remain in effect

IT IS SO ORDERED.

Dated:  September 8, 2006

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California