**Lanahan & Reilley, LLP**
Christopher R. Miller, S.B. #66862
William T. Webb, S.B. #193832
155 Montgomery Street, Suite 1200
San Francisco, CA 94104-4117
Tel: (415) 856-4700
Fax: (415) 856-0411

**Law Offices of Laura Basaloco-Lapo**
Laura Basaloco-Lapo, Esq., S.B. #117527
155 Montgomery Street, 12th Floor
San Francisco, CA 94104-3902
Tel: (415) 433-6727
Fax: (415) 391-2124

Attorneys for Plaintiff
Cortiças Lamosel, Lda.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORTIÇAS LAMOSEL, LDA., <br><br> Plaintiff, <br><br> v. <br><br> DIAGEO CHATEAU & ESTATE WINES, an unknown business entity, <br><br> Defendant. | Case No. C 05 4155 SI <br><br> NOTICE OF SUBSTITUTION OF CO-COUNSEL |

    I, LAURA BASALOCO-LAPO, being one of the attorneys of record for Plaintiff herein, Cortiças Lamosel, Lda., in the above-entitled case, hereby substitute the previous co-counsel, Jason W. Estavillo, and associate as new co-counsel Christopher R. Miller and William T. Webb of the law office of Lananhan & Reilley, LLP, in this matter. The office address and telephone number of such associate counsel are:

    Christopher R. Miller, Esq.
    William R. Webb, Esq.
    Lananhan & Reilley, LLP
    155 Montgomery Street, Suite 1200
    San Francisco, CA 94104-4117

SUBSTITUTION OF CO-COUNSEL

```
Tel:  (415) 856-4700
Fax: (415) 856-0411
```

Dated: 10-12-2006        LAW OFFICES OF
                         LAURA BASALOCO-LAPO


By: _____
    Laura Basaloco-Lapo, Esq.
    Co-Counsel for Plaintiff

I consent to the above-substitution

Dated: 10/12/06          _____
                         Jason W. Estavillo, Esq.
                         Former Co-Counsel for Plaintiff

I am duly admitted to practice in this district. The above substitution is accepted.

Dated: 10/11/2006        LANAHAN & REILLEY LLP


By: _____
    Christopher R. Miller, Esq.

**GRANTED**
Judge Susan Illston
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SUBSTITUTION OF CO-COUNSEL    2